**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6740

DOMMION MCLEAN,

Plaintiff - Appellant,

versus

TANA JORDAN, Circuit Court Clerk,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-04-741-RAJ-TEM)

Submitted: November 22, 2005      Decided: December 2, 2005

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dommion McLean, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dommion McLean appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we deny McLean's motion to appoint counsel and affirm on the reasoning of the district court. <u>See</u> <u>McLean v. Jordan</u>, No. CA-04-741-RAJ-TEM (E.D. Va. Apr. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>